# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL NO. 1:07CV268

| | |
|---|---|
| DONNA C. (STEFANIE) KIRK,            )<br>                                                        )<br>                      Plaintiff,             )<br>                                                        )<br>       Vs.                                         )<br>                                                        )<br>MICHAEL J. ASTRUE, Commissioner )<br>of Social Security,                          )<br>                                                        )<br>                      Defendant.          )<br>_____  ) | <u>J U D G M E N T</u> |

For the reasons set forth in the Memorandum and Order filed herewith,

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that the Plaintiff's motion for summary judgment is **DENIED**; the Defendant's motion for summary judgment is **ALLOWED**; the Commissioner's decision denying disability benefits to the Plaintiff is **AFFIRMED**; and this matter is hereby **DISMISSED WITH PREJUDICE** in its entirety.

2

Signed: May 19, 2008

*(signature)*

Lacy H. Thornburg
United States District Judge